UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JEFFREY JOHNSON,

                    Petitioner,

        -against-

SUPERINTENDENT MICHAEL CORCORAN,

                    Respondent.
-------------------------------------------------------------- X

06 CV 1456 (ARR)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

By memorandum and order dated April 19, 2006, the court directed petitioner to show cause within sixty days from entry of the order why his petition should not be dismissed as time-barred under AEDPA's one-year statute of limitations. In the order, the court explained that if petitioner failed to respond within the time allowed, the court would dismiss his petition as time-barred. Petitioner has not submitted a response to the court's order, nor has he submitted any correspondence to the court since the filing of his petition. Thus, given that the instant petition was filed more than eight years after the statute of limitations period expired and no statutory or equitable tolling provisions are applicable, the court dismisses the instant petition as time-barred. See 28 U.S.C. § 2244(d).

The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                                Allyne R. Ross
                                                United States District Judge

Dated: July 13, 2006
       Brooklyn, New York

SERVICE LIST:

*Pro Se Plaintiff*:

Jeffrey Johnson
93-A-8488
Cayuga C.F.
P.O. Box 1186
Moravia, NY 13118