UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEFFREY JOHNSON,

                    Petitioner,

  -against-

SUPERINTENDENT MICHAEL CORCORAN,

                    Respondent.
-------------------------------------------------------------X

JUDGMENT
06-CV- 1456 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 17, 2006, dismissing the petition for a writ of habeas corpus as time-barred; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition for a writ of habeas corpus is dismissed as time-barred.

Dated: Brooklyn, New York
       July 17, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court